UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH W. GIBBS, | ) |
| Petitioner, | ) ) ) |
| | ) Case No. 1:15-cv-00508-TWP-DKL |
| vs. | ) ) |
| WENDY KNIGHT, | ) ) |
| Respondent. | ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

For the reasons set forth in the accompanying Entry, the Court now enters **FINAL JUDGMENT** in this action in favor of the respondent and against the petitioner. The petition for writ of habeas corpus relating to CIC 15-01-0252 is **denied** and this action is dismissed with prejudice.

Date: 5/24/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Kenneth W. Gibbs,  #30344
Correctional Industrial Facility
Inmate Mail/Parcels
5421 West Reformatory Road
Pendleton, IN  46064

Electronically registered counsel